DEC 15 2021 AM9:43
FILED - USDC - BPT - CT

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Walter McFadden
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STATE OF CONNECTICUT
DEPT. OF Motor Vehicles
60 STATE STREET
Wethersfield, CT 06161
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21cv1660(CSH)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Walter McFadden
Street Address: 17 Oak Avenue
City and County: Shelton
State and Zip Code: CT 06840
Telephone Number: (203) 257-1178
E-mail Address: [redacted]

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: STATE OF CONNECTICUT DEPARTMENT OF Motor Vehicles
Job or Title (if known):
Street Address: 60 STATE Street
City and County: Wethersfield,
State and Zip Code: CT 06161
Telephone Number: 860.263.5700
E-mail Address (if known):

**Defendant No. 2**
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Employer Retaliation
- Denied Employee Rights
- Illegal Termination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"See Attached"

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

"See Attached"

### III. Statement of Claim

The State of Connecticut Department of Motor Vehicles illegally Terminated my employment, via retaliation and arbitrary and capricious practices.

This action was taking against me because I filed a legal complaint against the agency.

I was given an unsatisfactory service rating that stated I had numerous complaints, one complaint I was being investigated for and one complaint pending a discipline.

When requested to see these complaints I was denied and told by Human Resources associate Jennifer Hobby-Brame that I will not see them because I will attack the customers.

I filed a legal complaint with CHRO and was retaliated against from my former employer by being locked out of the building, having my ID card deactivated and told I was terminated which is all illegal.

My service rating was left inconclusive.

I contacted the department of motor vehicles Commissioner to receive my personnel file so I can refute what they stated on my service rating, and I was then contacted by the DMV legal division.

The DMV Legal division sent me my personnel file but it did not contain any documentation of the numerous complaints I made a written request to see, Nor the complaint I was being investigated for nor the conclusion of the investigation.

The information that I requested in writing is lawfully mine to have as outlined in the Connecticut State Statutes.

By again denying me this information the state of Connecticut department of motor vehicles is continuing to impede me from obtaining employment with other state agencies because I do not have any documentation or have, I ever been given any documentation to the allegations they stated on my service rating.

Potential employers are requesting to see these complaints and the conclusion of the investigation as part of their hiring process and the DMV will not provide that information and has ceased all communications with me.

The allegations made by my former employer has cost me my employment and is stopping me from being employed with this state or any other state because they have not given the documentation or findings to support their allegations.

- Denied specific requested information from my personnel File.
- Retaliation
- Collusion
- Arbitrary & Capricious Practices

## IV. Relief / Damages

- $500,000 due to loss of employment (illegally terminated after 14years of state service)
- Loss of Home
- Loss of Cars
- Loss of Credit
- Engagement ended because I had no job
- Requested information from my personnel file which includes the numerous complaints, the complaint I was being investigated for and the conclusion of that investigation as listed on my service rating.
- Underemployment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/23/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Walter McFadden

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## III. Statement of Claim

The State of Connecticut Department of Motor Vehicles illegally Terminated my employment, via retaliation and arbitrary and capricious practices.

This action was taking against me because I filed a legal complaint against the agency.

I was given an unsatisfactory service rating that stated I had numerous complaints, one complaint I was being investigated for and one complaint pending a discipline.

When requested to see these complaints I was denied and told by Human Resources associate Jennifer Hobby-Brame that I will not see them because I will attack the customers.

I filed a legal complaint with CHRO and was retaliated against from my former employer by being locked out of the building, having my ID card deactivated and told I was terminated which is all illegal.

My service rating was left inconclusive.

I contacted the department of motor vehicles Commissioner to receive my personnel file so I can refute what they stated on my service rating, and I was then contacted by the DMV legal division.

The DMV Legal division sent me my personnel file but it did not contain any documentation of the numerous complaints I made a written request to see, Nor the complaint I was being investigated for nor the conclusion of the investigation.

The information that I requested in writing is lawfully mine to have as outlined in the Connecticut State Statutes.

By again denying me this information the state of Connecticut department of motor vehicles is continuing to impede me from

obtaining employment with other state agencies because I do not have any documentation or have, I ever been given any documentation to the allegations they stated on my service rating.

Potential employers are requesting to see these complaints and the conclusion of the investigation as part of their hiring process and the DMV will not provide that information and has ceased all communications with me.

The allegations made by my former employer has cost me my employment and is stopping me from being employed with this state or any other state because they have not given the documentation or findings to support their allegations.

- Denied specific requested information from my personnel File.
- Retaliation
- Collusion
- Arbitrary & Capricious Practices

## IV. Relief / Damages

- $500,000 due to loss of employment (illegally terminated after 14years of state service)
- Loss of Home
- Loss of Cars
- Loss of Credit
- Engagement ended because I had no job
- Requested information from my personnel file which includes the numerous complaints, the complaint I was being investigated for and the conclusion of that investigation as listed on my service rating.
- Underemployment.