9/19/2022

Please give this to the proper office that handles Appeals.

I Walter McFadden am formally appealing the dismissal of my case

3:21-cv-01660CSH

Attached are the reasons and very essence of my case .

My former employer has denied me specific requested documentation from my personnel file which is lawfully my right to have according to the CT State statutes: 563a

- Sec.31 -128b
- 31-128e
- 31-128e(b)
- 31-128(g)

> My former employer arbitrarily and capriciously terminated me buy illegally locking me out of the building because I filled a legal complaint with CHRO against them.
> They created a false service rating which has harmed me from getting any state jobs.
> They do not have any proof or documentation to support what they falsely created.
> All I have requested was to be provided documentation of their allegations and they will not provide what I have attached to this document because it does not exist. They made it up.
> And because they cannot provide that documentation is why my case was dismissed.
> Please grant my appeal so I can prove my case and win my case.
> What I have requested is legally mine to obtain and I am being harmed professionally by not being able to refute their allegations.
>
> My case from what I am requesting should never have been dismissed.

And if the judge can order my former employer to provide what I have attached to this appeal my case would be in my favor because they do not have anything to support their allegations because they made everything up.

Thank You

**3:21-cv-01660-CSH**

**Please attached with the Service of Process**

**Per state statute I had asked for these specific documents from my personnel file.**

1. I had requested to see the complaint that I was alleged to be under investigation for and pending a discipline. With no due process.

    - Who received the complaint
    - The date of the complaint
    - Who investigated the complaint
    - And the conclusion of the investigation

2. I had requested to have from my personnel file the documentation why my ID card was deactivated by Dan Callahan & Mike Genneris while I was still working.

    - Locked out of the Building
    - And told by Mike Genneris that I was Terminated

3. I had requested to receive documentation that my explanatory statement was on file and included in my personnel file.

4. I made a written request to have the specific alleged numerous complaints I received from March 8 and up to September 30 as stated on my last service rating. Because they were never given to me and made aware only on my last service rating.

5. I made a request to have the documentation from my personnel file from Human Resources to me, informing me of each of these alleged numerous complaints from March 8 and up to September 30 as so stated on my last service rating.

And in addition I made a written request to see the documentation of due process I was given for these alleged numerous complaints as stated on my last service rating.

6. I requested to have documentation of why I was terminated and my separation from state service termination letter.



Document Needed to be Signed

SEP 30 2022 PM 3:16
FILED - USDC - CT - BPT